**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-7076**

———————

JOHNATHAN A. FULLER,

Plaintiff - Appellant,

v.

ERIK HOOKS; TIMOTHY MOOSE; TODD ISHEE; KENNETH LASSITER; BETTY BROWN; CHRIS RICH; MICHAEL NORRIS; EDDIE THOMAS; TERESA STRATTON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:19-ct-03377-BO)

———————

Submitted:  January 23, 2025                    Decided:  January 29, 2025

———————

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Johnathan A. Fuller, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnathan A. Fuller seeks to appeal the district court's order directing Fuller to respond to the court's orders.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Fuller seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, as it neither ended the litigation on the merits nor conclusively disposed of an issue in the litigation.  *See McEvoy v. Diversified Energy Co.*, 111 F.4th 330, 334-35 (4th Cir. 2024) (discussing requirements for final and immediately appealable collateral orders).  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*